— Order modified by providing that the requirement for the examination as to items (p) and (q) in the original order be stricken out, and as so modified affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BERIZZI BROS. COMPANY, Appellant, v. BANNER SILK MILLS, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

PHILLIP JOHNSON, Respondent, v. JOHN WERNER, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laugh in, Dowling, Smith and Page, JJ.

LIONEL HAGENAERS and Another, Partners, etc., Appellants, v. LUCAS CABALLERO and Others, Individually and as Surviving Partners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CLAIRE D. MULLEN, Respondent, v. WALTER E. MULLEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

WILLIAM S. HAWK, Respondent, v. HENRY L. DOHERTY and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARY CHARLOTTE MORRISON, Respondent, v. SARAH DOROTHY THOMPSEN, Appellant.— Order modified by granting motion to vacate in its entirety and setting aside original order for examination, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LORETTA GOOD, Respondent, v. ROBERT GOOD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LORETTA GOOD, Respondent, v. ROBERT GOOD, Appellant.— Order modified by reducing counsel fee to $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

UTICA PARTITION CORPORATION v. JACKSON CONSTRUCTION COMPANY, INC.— Motion granted so far as to dismiss appeal from order of November 14, 1921, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO J. RADER v. DAVID H. KNOTT, Sheriff, etc., and Others.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNE ZIMMERMAN, as Administratrix, etc., v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

AMERICAN SURETY COMPANY OF NEW YORK v. RUTH F. SIRE, as Executrix, etc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.